UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| T.T., a minor and VALERIE DAVIS, as parent and guardian of T.T., <br><br> Plaintiffs, <br><br> v. <br><br> INDIANAPOLIS PUBLIC SCHOOLS, et al., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Cause No. <br><br> 1:08-cv-0752-LJM-TAB |

## NOTICE OF REMOVAL

The Defendants, Indianapolis Metropolitan Police Department and Unknown Employees of Indianapolis Metropolitan Police Department, by counsel, and pursuant to 28 U.S.C. Sections 1441 and 1446, files their notice of removal of this cause from the Marion Superior Court, Cause No. 49D02-0805-CT-021787, to the United States District Court for the Southern District of Indiana, Indianapolis Division, and in support thereof, state as follows:

1. Plaintiffs have filed their complaint in the Marion Superior Court under 42 U.S.C. § 1983, alleging violation of their First Amendment rights, and perhaps other rights under the United States Constitution.

2. 28 U.S.C. § 1441(a) and (b) provide that any civil action brought in a state court over which the district courts have original jurisdiction, as founded on a claim or right under the Constitution, shall be removable without regard to citizenship or residence of the parties.

3. Here, jurisdiction is founded on federal question jurisdiction by virtue of the constitutional claims set forth in Plaintiffs' complaint. Jurisdiction exists, therefore, in the district court pursuant to 28 U.S.C § 1331 and the cause of action is subject to removal.

4. The Court has supplemental jurisdiction under 28 USC § 1367 as to other alleged claims arising as part of the same case or controversy under Article III of the United States Constitution.

5. The Defendants' notice of removal is filed within 30 days after service of the Complaint, in accordance with 28 U.S.C. § 1446(b).

6. The Defendants submit herewith copies of all process, pleadings and orders served upon them, in accordance with 28 U.S.C. § 1446(a).

WHEREFORE, the Defendants, Indianapolis Metropolitan Police Department and Unknown Employees of Indianapolis Metropolitan Police Department, file their removal removing this cause from the Marion Superior Court to the United States District Court for the Southern District of Indiana, Indianapolis Division.

Respectfully Submitted,

_____
Alexander P. Will (23474-49)
Assistant Corporation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-Mail: awill@indygov.org

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been duly served upon all counsel listed below, either via electronic mail or by United States mail, first-class, postage prepaid on this 6th day of June, 2008.

Marcelino Lopez
Lee Cossell Kuehn & Love LLP
127 E. Michigan Street
Indianapolis, IN 46204

Alexander P. Will (23474-49)
Assistant Corporation Counsel