IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| T.T., a minor, and VALERIE DAVIS, <br> as parent and guardian of T.T., <br><br>     Plaintiffs, <br><br>        v. <br><br> INDIANAPOLIS PUBLIC SCHOOLS, <br> UNKNOWN EMPLOYEES OF <br> INDIANAPOLIS PUBLIC SCHOOLS, <br> INDIANAPOLIS METROPOLITAN <br> POLICE DEPARTMENT, UNKNOWN <br> EMPLOYEES OF INDIANAPOLIS <br> METROPOLITAN POLICE <br> DEPARTMENT, and LARRY <br> WILCOXSON, <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 1:08-cv-0752-LJM-TAB <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **PLAINTIFFS' PRELIMINARY WITNESS AND EXHIBIT LISTS**

Plaintiffs, T.T., a minor, and VALERIE DAVIS as parent and guardian of T.T., by counsel,

and for their Preliminary Witness and Exhibit List, state as follows:

A.    That the following witnesses may be called to testify in the trial herein:

| | | | |
|---|---|---|---|
| 1. | T.T. | 4654 Glastonbury Court, #117 <br> Indianapolis, IN 46237 | Facts of incident, <br> effects of incidents, <br> Facts of investigation <br> By school & IMPD |
| 2. | Valerie Davis | 4654 Glastonbury Court, #117 <br> Indianapolis, IN 46237 | effects of incidents <br> on T.T.; Before & after <br> Witness. <br> Facts of investigation <br> By school & IMPD |
| 3. | Jennifer Pitts, | 4654 Glastonbury Court, #117 <br> Indianapolis, IN 46237 | effects of incidents <br> on T.T.; Before & after <br> Witness. |

| | | | |
|---|---|---|---|
| 4. | Brad Thompson | 4654 Glastonbury Court, #117 Indianapolis, IN 46237 | effects of incidents on T.T.; Before & after Witness. |
| 5. | Reverend Frederick | | effects of incidents on T.T.; Before & after Witness. |
| 6. | Elaine Boyd | | effects of incidents on T.T.; Before & after Witness. |
| 7. | Carolyn J. Bibington Midwest Psychological Center | (317) 923-3930 3676 N. Washington Blvd. Indianapolis, IN 46205 | records clerk; Counseling and treatment provided to T.T. and bills for same. |
| 8. | Martin F. Hill, Ph.D. Midwest Psychological Center | (317) 923-3930 3676 N. Washington Blvd. Indianapolis, IN 46205 | Injuries, prognosis, Counseling and treatment provided to T.T. |
| 9. | Tracy Smith, M.A., N.C.C. Midwest Psychological Center | (317) 923-3930 3676 N. Washington Blvd. Indianapolis, IN 46205 | Injuries, prognosis, Counseling and treatment provided to T.T. |
| 10. | Larry Wilcoxson | | Facts of incidents at Issue. |
| 11. | Mary Louise Bewley I.P.S. | | Extent of background search on Larry Wilcoxson |
| 12. | Unknown representative Key Learning Center | | |
| 13. | Principal Henry Longfellow Middle School | | |

14.   Investigating Officers, I.M. P.D.

15.   Esther Fabian                                    Larry Wilcoxson's
                                                       Child molesting &
                                                       Inappropriate Sexual
                                                       Conduct

16.   Maria Fabian

17.   Noemi Fabian                                     Knowledge regarding
                                                       Larry Wilcoxson's
                                                       Child molesting &
                                                       Inappropriate Sexual
                                                       Conduct

18.   Michael Morrison

19.   Veronica Pena

20.   Tonya Russell

21.   Amber Gibson

22.   Donna Brown                                      Larry Wilcoxson's
                                                       Inappropriate Sexual
                                                       Conduct

23.   Danielle Gant

24.   Phyllis Barnes

25.   Detective Craig Michael Converse    I.M.P.D.

26.   Detective Steven Buchanan, patrolmen with Indianapolis Metropolitan Police
      Department, regarding IMPD investigation;

27.   Michael Turk, polygraph of Defendant, Larry Wilcoxson

28.   Dr. Marian Jones, IPS, regarding qualifications and work history of Larry Wilcoxson;

29.   Stephanie Stewart,      2432 North Catherwood Ave.      allegations against
                              Indianapolis, IN 46226          Larry Wilcoxson;

30.    Amy Kirkland
       Child Protective Services                  allegations against
                                                Larry Wilcoxson;

31.    Robert Guffin
       IPS                                    allegations against
                                                Larry Wilcoxson;

32.    Ms. Kelly Marshall
       IPS                                    allegations against
                                                Larry Wilcoxson;

33.    Carole Craig
       IPS                                    November 2004
                                                Allegations against
                                              Larry Wilcoxson;

34.    Lieutenant John Steigelmeyer
       IPS                                    investigation of
                                                Larry Wilcoxson;

35.    Detective Patrick Bratton
       IPS                                    November 2004
                                                Allegations against
                                              Larry WIlcoxson;

36.    Phyllis Barnes
       IPS                                    reports to Child
                                                Protective Services

37.    Denise Kent
       IPS                                    allegations against
                                                Larry Wilcoxson

38.    Daywanda Dunn

39.    Danitra Dunn

40.    Kassaundra Dunn

41.    Sergeant Dennis Kraeszig
       IPS

42.    Jane Ajabu
       IPS

43.   Detective Danny Highfill
      IMPD

44.   Officer Jeremy Witherington
      IPS

45.   James Cullen,
      IPS

46.   Jamie Whitt
      Child Protective Services;

47.   All of Plaintiff's relevant treating physicians;

48.   All Witnesses needed for rebuttal purposes;

49.   All Witnesses needed for impeachment purposes;

50.   All Witnesses listed by the Defendants; and

51.   All witnesses discovered prior to trial which will
      be immediately disclosed to this Court and all counsel of record.

B.  That the following exhibits may be utilized at the trial herein:

1.   Medical and/or Psychological records as well as the corresponding bills from
     Midwest Psychological Center for treatment provided to T.T.;

2.   Medical and/or Psychological records from Key Learning Center for counseling
     and/or treatment provided to T.T.

3.   Criminal records of Larry Wilcoxson from Florida.

4.    Records from the Department of Health and Rehabilitative Services Children, Youth
     and Families.

5.   The juvenile records of Larry Wilcoxson from Florida.

6.   Documents and reports contained within IPS internal investigation regarding
     incidents at issue;

7.   IMPD records regarding Larry Wilcoxson;

8.   polygraph report of Donna Brown;

9.      CPS documents including 310/311 Form #479043249, 8/7/06; 310A Form #532821249, Johnson Co., 6/26/06.

10.     Documents contained in Marion County Prosecutors office file regarding Larry Wilcoxson including photos of Larry Wilcoxson.

11.     Statement of T.T. in possession of IMPD;

12.     Statements of four (4) other juvenile females, "D.D.I, D.D.II. K.D., W.W." in possession of IMPD;

13.     Copies of any and all policies and procedures in effect at the Indianapolis Public Schools at the time of the incidents at issue;

14.     Copies of any and all policies and procedures in effect with Indianapolis Metropolitan Police Department at the time of the incidents at issue;

15.     Any and all discovery responses or materials produced by any Defendant, including answers to Interrogatories, Requests for Admissions and Request for Production;

16.     And any all statements taken as a result of the incidents at issue;

17.     Any and all other exhibits which may be discovered prior to trial and will be immediately disclosed to this Court and all counsel of record;

18.     Any and all exhibits needed for rebuttal purposes;

19.     A summary of medical/psychological bills incurred;

20.     A copy of the relevant National Vital Statistic Reports life expectancy table;

21.     Any and all exhibits needed for impeachment purposes;

22.      Any and all exhibits listed by the Defendant; and

23.     In addition, Plaintiff may rely upon other documents obtained or produced during discovery.

Respectfully Submitted,


  /s/ Robert E. Feagley II
Robert E. Feagley II, #24872-49
Attorney for Plaintiffs


### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing was filed electronically, this 6[h] day of March,

2009. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing

system:

ALEXANDER P. WILL
JONATHON MAYES
OFFICE OF THE CORPORATION COUNSEL
200 E. Washington Street, 1601
Indianapolis, IN 46204
awill@indygov.org
jmayes@indygov.org

Caren L. Pollack, Esq.
MANDEL POLLACK & HORN, P.C.
704 Adams St., Suite F
Carmel, IN  46032
cpollack@mplaw.net

Gerald B. Coleman, Esq.
COLEMAN GRAHAM & STEVENSON
300 E. Fall Creek Parkway, North Drive, Suite 200
Indianapolis, IN 46205
gcoleman@cgslegal.com

                                                    /s/ Robert E. Feagley II
                                                   Robert E. Feagley II, #24872-49
                                                   Attorney for Plaintiffs


Robert E. Feagley II, Esq.
LEE, COSSELL, KUEHN & LOVE, LLP
127 E. Michigan St.
Indianapolis, IN 46204
(317) 631-5151 telephone
(317) 624-4561 facsimile
bfeagley@nleelaw.com