**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| T.T., a minor, and VALERIE DAVIS, as parent and guardian of T.T., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Cause No. 1:08-cv-0752-WTL-TAB |
| INDIANAPOLIS PUBLIC SCHOOLS, UNKNOWN EMPLOYEES OF INDIANAPOLIS PUBLIC SCHOOLS, INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, UNKNOWN EMPLOYEES OF INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, and LARRY WILCOXSON, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANT INDIANAPOLIS PUBLIC SCHOOLS'**
**PRELIMINARY WITNESS & EXHIBIT LIST**

Comes now Defendant, Indianapolis Public Schools, by counsel, and submits its

Preliminary Witness & Exhibit List in connection with this matter as follows:

**WITNESSES:**

1.     T.T.   T.T. is believed to have information regarding the allegations she lodged

against Larry Wilcoxson and the police investigation relating thereto.

2.     Dr. Marian Jones, IPS, c/o Caren L. Pollack, Attorney at Law, MANDEL

POLLACK & HORN, P.C., 704 Adams Street, Suite F, Carmel, Indiana 46032.  Dr. Jones is

believed to have information regarding the qualifications and work history of Larry Wilcoxson

within the Indianapolis Public School system.

3.     Larry Wilcoxson, c/o Gerald B. Coleman, COLEMAN STEVENSON, & MONTEL,

LLC , 9101 North Wesleyan Road, Suite 100. Indianapolis, IN 46268.

4.    Stephanie Stewart, 2432 North Catherwood Ave., Indianapolis, IN 46226. Stephanie Stewart is believed to have information relating to allegations she made against Larry Wilcoxson in November of 2004.

5.    Lieutenant Craig Converse, c/o Indianapolis Metropolitan Police Department. Lieutenant Converse is believed to have information relevant to the criminal investigation into the allegations by T.T.

6.    Amy Kirkland, c/o Child Protective Services, address unknown.  Ms. Kirkland is believed to have information relating to the allegations made by Danitra Dunn, T.T., and Daywanda Dillon.

7.    Jamie Whit, c/o Child Protective Services, address unknown.  Ms. Whit is believed to have information relating to the allegations made by T.T.

8.    Robert Guffin, IPS, c/o Caren L. Pollack, Attorney at Law, MANDEL POLLACK & HORN, P.C., 704 Adams Street, Suite F, Carmel, Indiana 46032.  Mr. Guffin is believed to have information relating to the allegations against Larry Wilcoxson made by custodian Donna Brown.

9.    Donna Brown, IPS, c/o Caren L. Pollack, Attorney at Law, MANDEL POLLACK & HORN, P.C., 704 Adams Street, Suite F, Carmel, Indiana 46032.   Ms. Brown is believed to have information relating to an incident involving Larry Wilcoxson in November 2005.

10.    Linda Goins, IPS, c/o Caren L. Pollack, Attorney at Law, MANDEL POLLACK & HORN, P.C., 704 Adams Street, Suite F, Carmel, Indiana 46032.   Ms. Goins may have information relating to paperwork completed relating to matters at Emma Donnan Middle School.

11.     Mrs. Kelly Marshall, of Indianapolis Public Schools, c/o Caren L. Pollack, Attorney at Law, MANDEL POLLACK & HORN, P.C., 704 Adams Street, Suite F, Carmel, Indiana 46032.   Mrs. Marshall is believed to have information relating to the situation involving Donna Brown and Larry Wilcoxson.

12.     Carole Craig, IPS, c/o Caren L. Pollack, Attorney at Law, MANDEL POLLACK & HORN, P.C., 704 Adams Street, Suite F, Carmel, Indiana 46032.   Ms. Craig is believed to have information relating to allegations against Larry Wilcoxson in November 2004.

13.     Lieutenant John Steigelmeyer, IPS, c/o Caren L. Pollack, Attorney at Law, MANDEL POLLACK & HORN, P.C., 704 Adams Street, Suite F, Carmel, Indiana 46032. Lieutenant Steigelmeyer is believed to have information relating to the investigation into allegations against Larry Wilcoxson in November of 2004.

14.     Detective Patrick Bratton, IPS, c/o Caren L. Pollack, Attorney at Law, MANDEL POLLACK & HORN, P.C., 704 Adams Street, Suite F, Carmel, Indiana 46032.   Detective Bratton is believed to have information relating to the investigation into allegations against Larry Wilcoxson in November of 2004.

15.     Phyllis Barnes, IPS, c/o Caren L. Pollack, Attorney at Law, MANDEL POLLACK & HORN, P.C., 704 Adams Street, Suite F, Carmel, Indiana 46032.  Ms. Barnes is believed to have information relating to reports at Child Protective Services regarding the incident with T.T.

16.     Denise Kent, IPS, c/o Caren L. Pollack, Attorney at Law, MANDEL POLLACK & HORN, P.C., 704 Adams Street, Suite F, Carmel, Indiana 46032.  Ms. Kent is believed to have information relating to allegations lodged against Larry Wilcoxson and the subsequent investigation.

3

17.     Daywanda Dunn, 2115 East 32nd Street, Indianapolis, IN  46218.  Ms. Dunn is believed to have information relating to allegations she made against Larry Wilcoxson.

18.     Danitra Dunn, 2115 East 32nd Street, Indianapolis, IN   46218.  Ms. Dunn is believed to have information relating to allegations she made against Larry Wilcoxson.

19.     Kassaundra Dillon. Ms. Dillon is believed to have information relating to allegations she made against Larry Wilcoxson.

20.     Sergeant Dennis Kraeszig, IPS, c/o Caren L. Pollack, Attorney at Law, MANDEL POLLACK & HORN, P.C., 704 Adams Street, Suite F, Carmel, Indiana 46032.   Sergeant Kraeszig is believed to have information relating to the investigation into Larry Wilcoxson.

21.     Jane Ajabu, IPS, c/o Caren L. Pollack, Attorney at Law, MANDEL POLLACK & HORN, P.C., 704 Adams Street, Suite F, Carmel, Indiana 46032.  Ms. Ajabu is believed to have knowledge of the allegations against Larry Wilcoxson and the school's response thereto.

22.     Detective Danny Highfill, IPS, c/o Caren L. Pollack, Attorney at Law, MANDEL POLLACK & HORN, P.C., 704 Adams Street, Suite F, Carmel, Indiana 46032.    Detective Highfill is believed to have information relating to allegations against Larry Wilcoxson in November of 2005, and the school's response thereto.

23.     Officer Jeremy Witherington, IPS, c/o Caren L. Pollack, Attorney at Law, MANDEL POLLACK & HORN, P.C., 704 Adams Street, Suite F, Carmel, Indiana 46032.  Officer Witherington is believed to have information relating to allegations against Larry Wilcoxson in November of 2005, and the school's response thereto.

24.     James Cullen, IPS, c/o Caren L. Pollack, Attorney at Law, MANDEL POLLACK & HORN, P.C., 704 Adams Street, Suite F, Carmel, Indiana 46032.  Mr. Cullen is a social

worker who filed a CPS report and is believed to have information relating to allegations against Larry Wilcoxson in November of 2005, and the school's response thereto.

25.     Detective Steve Buchanan, c/o Indianapolis Metropolitan Police Department. Detective Buchanan is believed to have information relating to the investigation into the charges made by T.T., against Larry Wilcoxson, and his conclusions relating to same.

26.     Valerie Davis, 1629 North New Jersey Street, Indianapolis, Indiana.  Ms. Davis is believed to have information relating to the allegations made by T.T.

27.     Other IPS human resources personnel with knowledge of Larry Wilcoxson's application for employment, hire, and performance as a substitute teacher at Indianapolis Public Schools, c/o Caren L. Pollack, Attorney at Law, MANDEL POLLACK & HORN, P.C., 704 Adams Street, Suite F, Carmel, Indiana 46032.

28.     As yet to be determined expert witness(es).

29.     Any witness listed by the Plaintiffs or Co-Defendants.

30.     Any witness necessary to authenticate any documents introduced as evidence.

31.     All persons identified in any deposition in this matter.

32.     Any witnesses identified in any document produced in discovery.

33.     Any witness necessary for impeachment or rebuttal.

### EXHIBITS:

1.     Any and all documents maintained by Indianapolis Public Schools relating to T.T., Larry Wilcoxson, or any matter relating to Plaintiffs' Complaint.

2.     T.T.'s student file.

3.     Any medical, psychological or other health care records relating to T.T.

4.     Any and all statements taken by or from witnesses to the alleged incident involving T.T. and Larry Wilcoxson.

5

5.     Any documents maintained by Child Protective Services relating to the allegations of T.T.

6.     Any and all documents maintained by Indianapolis Metropolitan Police Department or the IPS police relating to allegations against Larry Wilcoxson.

7.     Any and all documents maintained by Indianapolis Metropolitan Police Department or the IPS police relating to allegations made by T.T. at any time.

8.     Copies of any and all policies and procedures in effect at the Indianapolis Public Schools at the time of the allegations contained in Plaintiffs' Complaint.

9.     Criminal background records for Larry Wilcoxson for the State of Indiana.

10.    Criminal records of the plaintiffs.

11.    Any and all correspondence to or from any party to this matter relating to allegations against Larry Wilcoxson.

12.    Any and all documents contained in Larry Wilcoxson's personnel file.

13.    IPS Guidelines for Substitute Teachers.

14.    IPS Policies and Procedures manual in place at timeframe of allegations.

15.    Notice of tort claim filed by Plaintiffs in connection with this matter.

16.    Plaintiffs' Complaint and any other pleadings or discovery documents filed or served by Plaintiffs in this matter.

17.    Any documents produced by Plaintiffs, Defendants, or any non-party to this action during the course of discovery in this matter.

18.    Any and all documents relating to Plaintiffs' alleged damages.

19.    Any documents identified by Plaintiffs or Defendants in their Initial Disclosures or on their Exhibit Lists.

20.     Depositions and all exhibits thereto taken in this matter or any other matter that is

relevant to this case.

21.     Any document used during the deposition of any party or witness in this matter.

22.     Any document identified during the course of discovery in this matter.

23.     Demonstrative exhibits used in support of Defendant's case.

24.     Any exhibits listed on the plaintiffs' or co-defendants' exhibit list.

25.     Any exhibits necessary for rebuttal and impeachment.

Respectfully Submitted,

MANDEL POLLACK & HORN, P.C.


s/Caren L. Pollack
Caren L. Pollack Attorney No. 11897-49
*Attorney for Defendant, Indianapolis Public
Schools*

### CERTIFICATE OF SERVICE

I certify that the foregoing was served by placing a copy of same via email, this 8th day of April,

2009, addressed to the following:


Nathaniel Lee
Robert E. Feagley, II
LEE COSSELL KUEHN & LOVE, LLP
127 E. Michigan Street
Fifth Floor
Indianapolis, IN 46204
nlee@nleelaw.com
bfeagley@nleelaw.com

Gerald B. Coleman
COLEMAN STEVENSON, & MONTEL, LLC
9101 North Wesleyan Road, Suite 100
Indianapolis, IN 46268
gcoleman@cgslegal.com

Jonathan Mayes
Alexander P. Will
OFFICE OF CORPORATION COUNSEL
200 E. Washington Street, 1601
Indianapolis, IN 46204
jmayes@indygov.org
awill@indygov.org


s/Caren L. Pollack
Caren L. Pollack


7

MANDEL POLLACK & HORN, P.C.
704 Adams St., Suite F
Carmel, IN  46032
(317) 848-7000 / FAX (317) 848-6197