IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| T.T., a minor, and VALERIE DAVIS, as parent and guardian of T.T., <br><br> Plaintiffs, <br><br> v. <br><br> INDIANAPOLIS PUBLIC SCHOOLS, UNKNOWN EMPLOYEES OF INDIANAPOLIS PUBLIC SCHOOLS, INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, UNKNOWN EMPLOYEES OF INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, and LARRY WILCOXSON, <br><br> Defendants. | ) ) ) ) ) ) ) ) Case No. 1:08-cv-0752-LJM-TAB ) ) ) ) ) ) ) ) ) ) ) |

## DEFENDANTS' PRELIMINARY WITNESS LIST

Defendant, Indianapolis Metropolitan Police Department, by counsel, Alexander Will, submits the following list of preliminary witnesses:

1. Detective Steven Buchanan, patrolman with the Indianapolis Metropolitan Police Department, may be contacted care of the Office of Corporation Counsel, City-County Building, 200 E. Washington Street, Suite 1601, Indianapolis, IN 46204; Detective Buchanan can testify to Plaintiffs' allegations and the subsequent investigation by IMPD of Defendant Larry Wilcoxson.

2. Michael Turk, may be contacted care of the Office of Corporation Counsel, City-County Building, 200 E. Washington Street, Suite 1601, Indianapolis, IN 46204; Mr. Turk took the polygraph of the Defendant during the course of the investigation into Larry Wilcoxson and Plaintiffs' allegations.

3. Any witness necessary for rebuttal or impeachment of a witness; and,

4. Any witness necessary to authenticate or refute the admissibility of documents or exhibits.

Respectfully Submitted,

s/ Alexander Will
Alexander Will (23474-49)
Assistant Corporation Counsel
OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968
E-Mail: awill@indygov.org

Attorney for Defendant Indianapolis Metropolitan Police Department

**CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2009, a copy of the foregoing was filed electronically filed.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.   Parties may access this filing through the Court's system.

Caren Pollack
MANDEL POLLACK & HORN, P.C.
704 Adams Street, Suite F
Carmel, Indiana 46032

Robert E. Feagley, II
Nathaniel Lee
LEE COSSELL KUEHN & LOVE, LLP
127 E. Michigan Street, Fifth Floor
Indianapolis, Indiana 46204

Gerald Coleman
COLEMAN STEVENSON & MONTEL, LLP
9101 Wesleyan Road, Suite 100
Indianapolis, Indiana 46268

                                              s/ Alexander Will
                                              Alexander Will (23474-49)
                                              Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968