

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| T.T., a minor, and VALERIE DAVIS, as parent and guardian of T.T., <br><br>    Plaintiffs, <br><br>    v. <br><br>INDIANAPOLIS PUBLIC SCHOOLS, UNKNOWN EMPLOYEES OF INDIANAPOLIS PUBLIC SCHOOLS, INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, UNKNOWN EMPLOYEES OF INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, and LARRY WILCOXSON, <br><br>    Defendants. | ) ) ) ) ) ) ) ) Case No. 1:08-cv-0752-LJM-TAB ) ) ) ) ) ) ) ) ) ) ) |

## DEFENDANTS' PRELIMINARY EXHIBIT LIST

Defendant, Indianapolis Metropolitan Police Department, by counsel, Alexander Will, submits the following list of preliminary exhibits:

1. Voluntary Statement of T.T.;

2. Voluntary Statements of four (4) other juvenile females, identified here as "D.D. I", "D.D. II", "K.D." and "W.W.";

3. Any other notes, reports or documents contained in the investigative file regarding the Plaintiffs' allegations and the subsequent investigation by IMPD of Defendant Larry Wilcoxson in the possession the Indianapolis Metropolitan Police Department which may be obtained through the Office of Corporation Counsel, City-County Building, 200 E. Washington Street, Suite 1601, Indianapolis, IN 46204;

4. Any and all documents necessary to establish the admissibility of documents;

5. Any and all documents necessary to establish certifications or classifications related to employment or education;

6. Any and all documents necessary to rebut Plaintiff's claims for damage;

7. Any and all documents necessary for rebuttal purposes; and,

8. Any and all documents necessary for impeachment purposes not requiring disclosure pursuant to the FEDERAL RULES OF CIVIL PROCEDURE.

    Respectfully Submitted,

    s/ Alexander Will
    Alexander Will (23474-49)
    Assistant Corporation Counsel
    OFFICE OF CORPORATION COUNSEL
    200 East Washington Street, Room 1601
    Indianapolis, Indiana 46204
    Telephone: (317) 327-4055
    Fax: (317) 327-3968
    E-Mail: awill@indygov.org

    Attorney for Defendant Indianapolis Metropolitan Police Department

**CERTIFICATE OF SERVICE**

I hereby certify that on February 18, 2009, a copy of the foregoing was filed electronically filed. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Caren Pollack
MANDEL POLLACK & HORN, P.C.
704 Adams Street, Suite F
Carmel, Indiana 46032

Robert E. Feagley, II
Nathaniel Lee
LEE COSSELL KUEHN & LOVE, LLP

127 E. Michigan Street, Fifth Floor
Indianapolis, Indiana 46204

Gerald Coleman
COLEMAN STEVENSON & MONTEL, LLP
9101 Wesleyan Road
Suite 100
Indianapolis, Indiana 46268

               s/ Alexander Will
               Alexander Will (23474-49)
               Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax:  (317) 327-3968

Attorney for Defendant