UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| T.T., a minor of VALERIE DAVIS | ) | |
| As parent and guardian of T.T., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Cause No. 1: 08-CV-0752-LJM-TAB |
| | ) | |
| INDIANAPOLIS PUBLIC SCHOOLS, | ) | |
| UNKNOWN EMPLOYEES OF | ) | |
| INDIANAPOLIS PUBLIC SCHOOLS | ) | |
| INDIANAPOLIS METROPOLITAN | ) | |
| POLICE DEPARTMENT, UNKNOWN | ) | |
| EMPLOYEES OF INDIANAPOLIS | ) | |
| METROPOLITAN POLICE | ) | |
| DEPARTMENT, and LARRY | ) | |
| WILCOXSON | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT WILCOXSON'S PRELIMINARY EXHIBIT LIST

*COMES NOW*, Defendant, Larry Wilcoxson, by counsel, and for his Preliminary Exhibit

List, and states that the following exhibits may be utilized at the trial herein:

1.  Medical and/or Psychological records as well as the corresponding bills from Midwest Psychological Center for treatment provided to T.T..

2.  Medical and/or Psychological records from Key Learning Center for counseling and/or treatment provided to T.T.

3.  Documents and reports contained within Indianapolis Public Schools internal investigation regarding incidents at issue.

4.  Investigation document of Indianapolis Metropolitan Police Department investigating officers.

5.  Any and all discovery responses or materials produced by an Plaintiff, including answers to Interrogatories, Requests for Admissions and Request for Production.

6.  Any and all statements taken as a result of the incidents at issue.

7.  Any and all other exhibits which may be discovered prior to trial and will be immediately disclosed to this Court and all counsel of record.

- 2 -

8.    Any and all exhibits needed for rebuttal purposes.

9.    Any and all exhibits needed for impeachment purposes; and

10.   Any and all exhibits listed by the Plaintiff.

                              Respectfully Submitted,


                    By:    /s/ Gerald B. Coleman
                           Gerald B. Coleman, Atty. No. 16009-49
                           Attorney for Defendant, Larry Wilcoxson
                           Coleman Stevenson & Montel, LLP
                           9101 Wesleyan Road, Suite 100
                           Indianapolis, Indiana 46268
                           Telephone:  (317) 875-0400
                           Fax:  (317) 802-0900
                           Email:  gcoleman@csmlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Preliminary Witness List has been served upon the following, electronically, this 8th day of April, 2009.

Alexander P. Will
Jonathon Mayes
Office of the Corporation Counsel
200 East Washington Street, 1601
Indianapolis, Indiana 46204
awill@indygov.org
jmayes@indygov.org

Robert E. Feagley II
Lee, Cossell, Kuehn & Love, LLP
127 East Michigan Street
Indianapolis, Indiana 46204
bfeagley@nleelaw.com

Caren L. Pollack
Mandel, Pollack & Horn, P.C.
704 Adams Street, Suite F
Carmel, Indiana 46032
cpollack@mplaw.com

Respectfully Submitted,


By:     /s/ Gerald B. Coleman
        Gerald B. Coleman, Atty. No. 16009-49
        Attorney for Defendant, Larry Wilcoxson
        Coleman Stevenson & Montel, LLP
        9101 Wesleyan Road, Suite 100
        Indianapolis, Indiana 46268
        Telephone:  (317) 875-0400
        Fax:  (317) 802-0900
        Email:  gcoleman@csmlegal.com

*G:\CSM\MarkA.Acher\ValerieDavisv.IPS,LarryWilcoxson\PLED\Defendant'sPreliminaryWitnessandExhibitLists*