UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| T.T., a minor of VALERIE DAVIS ) <br> As parent and guardian of T.T., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> INDIANAPOLIS PUBLIC SCHOOLS, ) <br> UNKNOWN EMPLOYEES OF ) <br> INDIANAPOLIS PUBLIC SCHOOLS ) <br> INDIANAPOLIS METROPOLITAN ) <br> POLICE DEPARTMENT, UNKNOWN ) <br> EMPLOYEES OF INDIANAPOLIS ) <br> METROPOLITAN POLICE ) <br> DEPARTMENT, and LARRY ) <br> WILCOXSON ) <br> ) <br> Defendants. ) | Cause No. 1: 08-CV-0752-LJM-TAB |

**DEFENDANT WILCOXSON'S PRELIMINARY WITNESS LIST**

*COMES NOW*, Defendant, Larry Wilcoxson, by counsel, and for his Preliminary Witness List, and states that the following witnesses may be called to testify in the trial herein:

1. T.T., 4654 Glastonbury Court, #117, Indianapolis, Indiana 46237 (will testify concerning her allegations).

2. Valerie Davis, 4654 Glastonbury Court, #117, Indianapolis, Indiana 46237 (will testify regarding the allegations).

3. Shantel Glindsey, 1129 East 16th Street, Indianapolis, Indiana 46202 (will testify regarding T.T.'s school behavior).

4. Jeff Clark, 1129 East 16th Street, Indianapolis, Indiana 46202 (will testify regarding T.T.'s school behavior).

5. Carolyn J. Bibington, Midwest Psychological Center, 3676 North Washington Boulevard, Indianapolis, Indiana 46205, (317) 923-3930 (will testify regarding her treatment of T.T.).

6. Martin F. Hill, Ph.D., Midwest Psychological Center, 3676 North Washington Boulevard, Indianapolis, Indiana 46205, (317) 923-3930 (will testify regarding the

      treatment of T.T.).

7. Tracy Smith, M.A., N.C.C., Midwest Psychological Center, 3676 North Washington Boulevard, Indianapolis, Indiana 46205, (317) 923-3930 (will testify regarding T.T.'s treatment).

8. Larry Wilcoxson (will testify regarding the Plaintiff's allegations).

9. Cessa McMullen, 1129 East 16th Street, Indianapolis, Indiana 46202 (will testify regarding T.T.'s school behavior).

10. Investigating Officers, Indianapolis Metropolitan Police Department (will testify regarding their investigation of allegations).

11. Detective Patrick Bratton, Indianapolis Public Schools, 1129 East 16th Street, Indianapolis, Indiana 46202   (will testify regarding the investigation).

12. Phyllis Barnes, Indianapolis Public Schools, 1129 East 16th Street, Indianapolis, Indiana 46202 (will testify regarding the investigation into the allegations and T.T.'s school behavior).

13. Debra Ward, 1129 East 16th Street, Indianapolis, Indiana 46202 (will testify regarding her knowledge of T.T.'s school behavior).

14. Steven Buchanan, Indianapolis Metropolitan Police Department, Detective, 200 East Washington Street, Suite 1601, Indianapolis, Indiana 46024 (will testify regarding his investigation).

15. All of Plaintiff's relevant treating physicians.

16. All Witnesses needed for rebuttal purposes.

17. All Witnesses needed for impeachment purposes.

18. All Witnesses listed by the Plaintiffs; and

19. All Witnesses discovered prior to trial which will be immediately disclosed to this Court and all counsel of record.

                                  Respectfully Submitted,

                            By:    /s/ Gerald B. Coleman
                                 Gerald B. Coleman, Atty. No. 16009-49
                                 Attorney for Defendant, Larry Wilcoxson
                                 Coleman Stevenson & Montel, LLP
                                 9101 Wesleyan Road, Suite 100
                                 Indianapolis, Indiana 46268

          Telephone:  (317) 875-0400
          Fax:  (317) 802-0900
          Email:  gcoleman@csmlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Preliminary Witness List has been served upon the following, electronically, this 8th day of April, 2009.

Alexander P. Will
Jonathon Mayes
Office of the Corporation Counsel
200 East Washington Street, 1601
Indianapolis, Indiana 46204
awill@indygov.org
jmayes@indygov.org

Caren L. Pollack
Mandel, Pollack & Horn, P.C.
704 Adams Street, Suite F
Carmel, Indiana 46032
cpollack@mplaw.com

Robert E. Feagley II
Lee, Cossell, Kuehn & Love, LLP
127 East Michigan Street
Indianapolis, Indiana 46204
bfeagley@nleelaw.com

Respectfully Submitted,

By:   /s/ Gerald B. Coleman
Gerald B. Coleman, Atty. No. 16009-49
Attorney for Defendant, Larry Wilcoxson
Coleman Stevenson & Montel, LLP
9101 Wesleyan Road, Suite 100
Indianapolis, Indiana 46268
Telephone: (317) 875-0400
Fax: (317) 802-0900
Email: gcoleman@csmlegal.com

*G:\CSM\MarkA.Acher\ValerieDavisv.IPS,LarryWilcoxson\PLED\Defendant'sPreliminaryWitnessandExhibitLists*