UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| T.T., a minor of VALERIE DAVIS )<br>As parent and guardian of T.T., )<br> )<br>   Plaintiffs, )<br> )<br> v. )<br> )<br>INDIANAPOLIS PUBLIC SCHOOLS, )<br>UNKNOWN EMPLOYEES OF )<br>INDIANAPOLIS PUBLIC SCHOOLS, )<br>THE CITY OF INDIANAPOLIS, )<br>UNKNOWN EMPLOYEES OF )<br>INDIANAPOLIS METROPOLITAN )<br>POLICE DEPARTMENT, and LARRY )<br>WILCOXSON )<br> )<br>   Defendants. ) | Cause No. 1: 08-CV-0752-WTL-TAB |

### **DEFENDANT LARRY WILCOXSON'S ANSWER TO AMENDED COMPLAINT FOR DAMAGES AND AFFIRMATIVE DEFENSES**

*COMES NOW*, Defendant, Larry Wilcoxson, by counsel, and hereby responds to the Plaintiffs' Amended Complaint for Damages as follows:

1. Defendant, Larry Wilcoxson, is without sufficient information to either admit or deny the material allegations contained in Paragraph 1 of the Amended Complaint.

2. Defendant, Larry Wilcoxson, is without sufficient information to either admit or deny the material allegations contained in Paragraph 2 of the Amended Complaint.

3. Defendant, Larry Wilcoxson, is without sufficient information to either admit or deny the material allegations contained in Paragraph 3 of the Amended Complaint.

4. Defendant, Larry Wilcoxson, is without sufficient information to either admit or deny the material allegations contained in Paragraph 4 of the Amended Complaint.

5. Defendant, Larry Wilcoxson, admits the material allegations contained in Paragraph 5 of the Amended Complaint.

6. Defendant, Larry Wilcoxson, admits the material allegations contained in Paragraph 6 of the Amended Complaint.

7. Defendant, Larry Wilcoxson, denies the material allegations contained in Paragraph 7 of the Amended Complaint.

8. Defendant, Larry Wilcoxson, denies the material allegations contained in Paragraph 8 of the Amended Complaint.

9. Defendant, Larry Wilcoxson, is without sufficient information to either admit or deny the material allegations contained in Paragraph 9 of the Amended Complaint.

10. Defendant, Larry Wilcoxson, denies the material allegations contained in Paragraph 10 of the Amended Complaint.

11. Defendant, Larry Wilcoxson, is without sufficient information to either admit or deny the material allegations contained in Paragraph 11 of the Amended Complaint.

12. Defendant, Larry Wilcoxson, admits that IPS employed him until February 2006, but denies the remaining allegations contained in Paragraph 12 of the Amended Complaint.

13. Defendant, Larry Wilcoxson, denies the material allegations contained in Paragraph 13 of the Amended Complaint.

## Count I – 20 U.S.C. §1681(A), *et seq.* ("Title IX")

14. Defendant, Larry Wilcoxson, incorporates his responses to Paragraphs 1 through 13 as if the same had been fully set forth herein.

15. Defendant, Larry Wilcoxson, denies that he had an inappropriate relationship with Plaintiff, T.T., but is without information to admit or deny the remaining allegations contained in Paragraph 15 of the Amended Complaint.

16. Defendant, Larry Wilcoxson, denies that he created a sexually hostile school environment, but is without information to admit or deny the remaining allegations contained in Paragraph 16 of the Amended Complaint.

17. Defendant, Larry Wilcoxson, denies that he committed any acts of sexual molestation, but is without sufficient information to either admit or deny the remaining allegations contained in Paragraph 17 of the Amended Complaint.

18. Defendant, Larry Wilcoxson denies the material allegations contained in Paragraph 18 of the Amended Complaint.

**WHEREFORE**, Defendant, Larry Wilcoxson, prays that Plaintiffs take nothing by way of their Amended Complaint and for all other proper relief in the premises.

### Count II – 42 U.S.C. §1983

19. Defendant, Larry Wilcoxson, incorporates his responses to Paragraphs 1 through 18 as if the same had been fully set forth herein.
20. Defendant, Larry Wilcoxson, denies the material allegations contained in Paragraph 20 of the Amended Complaint.
21. Defendant, Larry Wilcoxson, denies the material allegations contained in Paragraph 21 of the Amended Complaint.
22. Defendant, Larry Wilcoxson, denies the material allegations contained in Paragraph 22 of the Amended Complaint.
23. Defendant, Larry Wilcoxson, is without sufficient information to either admit or deny the material allegations contained in Paragraph 23 of the Amended Complaint.
24. Defendant, Larry Wilcoxson, denies the material allegations contained in Paragraph 24 of the Amended Complaint.

*WHEREFORE*, Defendant, Larry Wilcoxson, prays that Plaintiffs take nothing by way of their Amended Complaint and for all other proper relief in the premises.

### Count III – Negligent Hire, Retention and Supervision

25. Defendant, Larry Wilcoxson, incorporates his responses to Paragraphs 1 through 24 as if the same had been fully set forth herein.
26. Defendant, Larry Wilcoxson, denies the material allegations contained in Paragraph 26 of the Amended Complaint.
27. Defendant, Larry Wilcoxson, denies the material allegations contained in Paragraph 27 of the Amended Complaint.
28. Defendant, Larry Wilcoxson, denies the material allegations contained in Paragraph 28 of the Amended Complaint.

*WHEREFORE*, Defendant, Larry Wilcoxson, prays that Plaintiffs take nothing by way of their Amended Complaint and for all other proper relief in the premises.

### Count IV – Intentional Infliction of Emotional Distress

29. Defendant, Larry Wilcoxson, incorporates his responses to Paragraphs 1 through 28 as if the same had been fully set forth herein.
30. Defendant, Larry Wilcoxson, denies the material allegations contained in Paragraph 30 of the Amended Complaint.
31. Defendant, Larry Wilcoxson, denies the material allegations contained in Paragraph 31 of the Amended Complaint.

**WHEREFORE**, Defendant, Larry Wilcoxson, prays that Plaintiffs take nothing by way of their Amended Complaint and for all other proper relief in the premises.

### Affirmative Defenses

**COMES NOW**, Defendant, Larry Wilcoxson, by counsel, and for his Affirmative Defenses to Plaintiffs' Amended Complaint for Damages, states as follows:

1. Defendant, Larry Wilcoxson, is entitled to qualified immunity as to the claims against him under 42 U.S.C. § 1983.
2. Defendant, Larry Wilcoxson, is immune from liability from the state law claims, pursuant to I.C. 34-13-3-3.
3. Plaintiffs' claims are barred by T.T.'s contributory negligence.
4. T.T. incurred the risk of injury.
5. Any recovery by Plaintiffs is barred or to be reduced in accordance with the Indiana Collateral Source statute, and the legal and equitable principles of payment, satisfaction, accord and satisfaction, set-off and rules barring windfalls and double recovery.
6. Plaintiffs have failed to mitigate their damages.
7. Plaintiffs fail to state a claim under 42 U.S.C. § 1983.
8. Plaintiffs fail to state a claim under Title IX or 20 U.S.C. 1681 *et seq*.

**WHEREFORE**, Defendant, Larry Wilcoxson, by counsel, prays for judgment in his favor, costs of this action, and for all other proper relief in the premises.

Respectfully Submitted,

By: /s/ Gerald B. Coleman
Gerald B. Coleman, Atty. No. 16009-49
Attorney for Defendant, Larry Wilcoxson

                                        Coleman Stevenson & Montel, LLP
                                        9101 Wesleyan Road, Suite 100
                                        Indianapolis, Indiana 46268
                                        Telephone:  (317) 875-0400
                                        Fax:  (317) 802-0900
                                        Email:  gcoleman@csmlegal.com

## CERTIFICATE OF SERVICE

  I hereby certify that a copy of the foregoing Answer to Amended Complaint has been served upon the following electronically, this 11th day of May, 2009.

| | |
|---|---|
| Alexander P. Will<br>Jonathon Mayes<br>Office of the Corporation Counsel<br>200 East Washington Street, 1601<br>Indianapolis, Indiana 46204<br>awill@indygov.org<br>jmayes@indygov.org | Robert E. Feagley II<br>Lee, Cossell, Kuehn & Love, LLP<br>127 East Michigan Street<br>Indianapolis, Indiana 46204<br>bfeagley@nleelaw.com |
| Caren L. Pollack<br>Mandel, Pollack & Horn, P.C.<br>704 Adams Street, Suite F<br>Carmel, Indiana 46032<br>cpollack@mplaw.com | |

              Respectfully Submitted,

         By: <u>/s/ Gerald B. Coleman</u>
             Gerald B. Coleman, Atty. No. 16009-49
             Attorney for Defendant Larry Wilcoxson
             Coleman Stevenson & Montel, LLP
             9101 Wesleyan Road, Suite 100
             Indianapolis, Indiana 46268
             Telephone: (317) 875-0400
             Fax: (317) 802-0900
             Email: gcoleman@csmlegal.com

*G:\CSM\MarkAcher\ValerieDavisv.IPS\PLED\AnswertoAmendedComplaint*