UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| T.T., a minor, and VALERIE DAVIS, as parent and guardian of T.T., | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | 1:08-cv-0752-WTL-TAB |
| INDIANAPOLIS PUBLIC SCHOOLS, et al., | ) ) | |
| Defendants. | ) | |

## ORDER

The Court has been advised by counsel that a settlement has been reached in this action. Therefore, any pending motions are denied as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated. Parties shall file a stipulation of dismissal within 30 days.

Dated: 06/22/2009

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Copies to:

Gerald B. Coleman
COLEMAN STEVENSON MONTEL LLP
gcoleman@csmlegal.com

Robert Eugene Feagley II
LEE COSSELL KUEHN & LOVE LLP
bfeagley@nleelaw.com

Nathaniel Lee
LEE COSSELL KUEHN & LOVE LLP
nlee@nleelaw.com

Jonathan Lamont Mayes
CITY OF INDIANAPOLIS, CORPORATION COUNSEL
jmayes@indygov.org

Richard P. Nover
COLEMAN STEVENSON & MONTEL LLP
rnover@csmlegal.com

Caren L. Pollack
MANDEL POLLACK & HORN
cpollack@mplaw.net

Alexander Phillip Will
OFFICE OF CORPORATION COUNSEL, CITY OF INDIANAPOLIS
awill@indygov.org