IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| T.T., a minor, and VALERIE DAVIS, as parent and guardian of T.T., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) Case No. 1:08-cv-0752-LJM-TAB |
| INDIANAPOLIS PUBLIC SCHOOLS, CITY OF INDIANAPOLIS, and LARRY WILCOXSON, | ) ) ) ) |
| Defendants. | ) ) |

**Joint Motion to Dismiss All Claims Against Defendant City of Indianapolis**

The parties, by their respective counsel and pursuant to Federal Rule of Civil Procedure 41(a)(2), hereby file their Joint Motion to Dismiss All Claims against Defendant City of Indianapolis and, in support thereof, state as follows:

1. Parties have agreed to stipulate to the dismissal with prejudice of all claims against Defendant City of Indianapolis arising from Plaintiffs' Complaint in this cause of action and/or any cause of action arising from the Defendant City of Indianapolis's criminal investigation into Plaintiffs' allegations against Defendant Larry Wilcoxson.

2. Pursuant to this stipulation, the parties hereby respectfully request that this Court ORDER all claims against the Defendant City of Indianapolis dismissed and for all other just and proper relief in the premises.

WHEREFORE, the parties respectfully request that this Court DISMISS all claims against the Defendant City of Indianapolis arising from Plaintiffs' Complaint and/or from any cause of action arising from the Defendant City of Indianapolis's criminal investigation into Plaintiffs' allegations against Defendant Larry Wilcoxson.

Respectfully Submitted,


s/ Robert E. Feagley, II (with permission)     s/ Alexander Will
Robert E. Feagley, II                          Alexander Will (23474-49)
Nathaniel Lee                                  Assistant Corporation Counsel
LEE COSSELL KUEHN & LOVE, LLP                  OFFICE OF CORPORATION COUNSEL
127 E. Michigan Street, Fifth Floor            200 East Washington St., Suite 1601
Indianapolis, Indiana 46204                    Indianapolis, Indiana 46204
                                               (317) 327-4055
Attorney for Plaintiffs                        (317) 327-3968 Facsimile
(filed with permission of counsel              awill@indygov.org
Pursuant to Local Rule 5.11)
                                               Attorney for Defendant City of Indianapolis


**CERTIFICATE OF SERVICE**

        I hereby certify that on June 8, 2009, a copy of the foregoing was filed electronically

filed.   Notice of this filing will be sent to the following parties by operation of the Court's

electronic filing system.   Parties may access this filing through the Court's system.

Caren Pollack
MANDEL POLLACK & HORN, P.C.
704 Adams Street, Suite F
Carmel, Indiana 46032

Robert E. Feagley, II
Nathaniel Lee
LEE COSSELL KUEHN & LOVE, LLP
127 E. Michigan Street, Fifth Floor
Indianapolis, Indiana 46204

Gerald Coleman
COLEMAN STEVENSON & MONTEL, LLP
9101 Wesleyan Road
Suite 100
Indianapolis, Indiana 46268


                                               s/ Alexander Will
                                               Alexander Will (23474-49)
                                               Assistant Corporation Counsel