IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

T.T., a minor, and VALERIE DAVIS, )
as parent and guardian of T.T.,       )
                    )
     Plaintiffs,       )
                    )
      v.        )
                    ) Case No. 1:08-cv-0752-LJM-TAB
INDIANAPOLIS PUBLIC SCHOOLS, )
CITY OF INDIANAPOLIS, and   )
LARRY WILCOXSON,     )
                    )
     Defendants.    )

## Order

This matter having come before the Court on the parties' Joint Motion to Dismiss All Claims Against Defendant City of Indianapolis, and the Court being duly advised in the premises, finds that the dismissal should be GRANTED.

WHEREFORE, IT IS ORDERED that all claims against Defendant City of Indianapolis arising from Plaintiffs' Complaint and/or from any cause of action arising from the Defendant City of Indianapolis's criminal investigation into Plaintiffs' allegations against Defendant Larry Wilcoxson are hereby dismissed with prejudice.

Date: _____        _____
                           Judge, U.S. District Court
                           District of Southern Indiana

Distribution:

Caren Pollack                  Alexander Will
MANDEL POLLACK & HORN, P.C.   OFFICE OF CORPORATION COUNSEL
704 Adams Street, Suite F       200 East Washington Street, Room 1601
Carmel, Indiana 46032         Indianapolis, Indiana  46204

Robert E. Feagley, II
Nathaniel Lee
Lee Cossell Kuehn & Love, LLP
127 E. Michigan Street, Fifth Floor
Indianapolis, Indiana 46204

Gerald Coleman
Coleman Stevenson & Montel, LLP
9101 Wesleyan Road
Suite 100
Indianapolis, Indiana 46268